DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD RIVERA,**
Appellant,

v.

**ARTURO MONTANER, FIDELITY NATIONAL TITLE GROUP, INC.,** a
Florida Corporation, and **GAYLE GOLDFARB,**
Appellees.

No. 4D20-2179

[October 28, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County, Nicholas Richard Lopane, Judge; L.T. Case No. CACE 19-018401 (03).

Shelley Ray Senecal of the Law Office of Shelley Ray Senecal, Fort Lauderdale, for appellant.

Lawrence A. Kellogg of Levine Kellogg Lehman Schneider + Grossman LLP, Miami, for appellee Arturo Montaner.

Mary Ellen R. Himes of Fidelity National Law Group, Fort Lauderdale, for appellee Fidelity National Title Group, Inc.

Duane E. Baum of the Law Office of Duane E. Baum, P.A., Plantation, for appellee Gayle Goldfarb.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ. Concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***